AO 442 (Rev. 01/09) Arrest Warrant

# UNITED STATES DISTRICT COURT
for the
District of Maine

2025 MAR 26  A 11: 46

| United States of America | ) |
| v. | ) |
| Thadius C. Wind | ) Case No. 1:25-mj-00021-JCN |
| *Defendant* | ) |

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* **THADIUS C. WIND**,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☑ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Title 18, United States Code, Section 875(c)

Date and time issued: 11:39 am, Jan 24 2025

City and state: Bangor, ME

John C Nivison  U.S. Magistrate Judge

---

### Return

This warrant was received on *(date)* 1/24/2025, and the person was arrested on *(date)* 3/25/2025
at *(city and state)* Eddington ME.

Date: 3/25/2025

Arresting officer's signature

SA Sean Murphy
Printed name and title